CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 04 2015

JULIA C. DUDLEY, CLERK
BY: HMcDonag
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| MICHAEL BRADY LESTER,<br>    Plaintiff, | Civil Action No. 7:15-cv-00356 |
| v. | **ORDER** |
| STEVEN CLEAR, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This \_\_4th\_\_ day of August, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge